**Larry WILLIAMS, Plaintiff–Appellant,**

**v.**

**Officer ROBERTSON; Warden McCall; Major Bush; Caroline Lindsey, Staff Attorney; Lt. Williams; Lt. Earl; Capt. Absten; Capt. Tich; Debra Barnwell; Mr. Jon Ozmint, Director; Stephen R. Clayton, Warden, Defendants–Appellees.**

No. 12–6067.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2012.

Decided: May 1, 2012.

Larry Williams, Appellant Pro Se.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Williams seeks to appeal the district court's text order in his 42 U.S.C. § 1983 (2006) action, which denied Williams' motion for default judgment against Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interloc-

utory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*